IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01243-AP

VALERIE YBARRA,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Nicholas D. Purifoy | TROY A. EID |
| 5020 Bob Billings Pkwy | United States Attorney |
| Lawrence, KS 66049 | |
| Telephone: (785) 832-8521 | KEVIN TRASKOS |
| E-mail: npurifoy@midlandgroup.com | Deputy Chief, Civil Division |
| Attorney for Plaintiff | United States Attorney's Office |
| | District of Colorado |
| | 303-454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant United States Attorney |
| | Office of the General Counsel, |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Fishkin.Kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** June 10, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** June 13, 2008

**C. Date Answer and Administrative Record Were Filed:** August 12, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan. Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiffs Opening Brief Due:** October 17, 2008

**B. Defendant's Response Brief Due:** November 17, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** December 2, 2008

**9. STATEMENT REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 3rd day of September, 2008.

BY THE COURT:

*S/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/_____<br>Nicholas D. Purifoy<br>5020 Bob Billings Pkwy<br>Lawrence, KS 66049<br>(785) 832-8521<br>E-mail: npurifoy@midlandgroup.com<br>Attorney for Plaintiff | TROY A. EID<br><br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>    Stephanie Lynn F. Kiley<br>    Special Assistant United States Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado 80294<br>    Telephone: (303) 844-0815<br>    Stephanie.Fishkin.Kiley@ssa.gov<br>    Attorneys for Defendant. |