UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01243-WYD

VALERIE YBARRA,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for Attorneys' Fees [doc. # 23] is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

      Dated:  January 6, 2010