UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01243-WYD

VALERIE YBARRA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with connection with the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filed January 14, 2010 and signed by both parties).  Defendant asserts in the motion that it received Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act ("EAJA") and that it agrees that Plaintiff should be awarded fees in the amount of $3,382.19, subject to approval of the Court.

Having reviewed the motion, I find that an award of fees under the EAJA is proper and that the stipulated motion should be granted.  Accordingly, it is

ORDERED that the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. # 26) is **GRANTED**.  Attorney's fees in the amount of $3,382.19 are awarded and shall be made payable to Plaintiff and sent to Plaintiff's counsel's address.

Dated January 14, 2010

                                BY THE COURT:

                                <u>s/ Wiley Y. Daniel</u>
                                Wiley Y. Daniel
                                Chief United States District Judge